IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE | BANKRUPTCY NO. 12-29469-RAG |
| KATARINA G. MADISON<br>    DEBTOR(S) | CHAPTER 13 |

### OBJECTION TO CONFIRMATION OF PLAN

Bank of America, N.A., a secured creditor, by its attorney, Mark S Devan, files this Objection to Confirmation of Plan and states:

1. That Bank of America, N.A. is the holder of a note secured by a Deed of Trust/Mortgage on the property known as 2726 Gallows Road #507, Vienna, VA 22180 which is owned by the Debtor(s).

2. The plan does not provide for full payments of the arrearages. The plan provides for $7,844.00, which is less than the amount of the full arrears. The arrears are approximately $18,709.85.

WHEREFORE, Bank of America, N.A. requests this Honorable Court deny confirmation of the Plan as filed by the Debtor(s).

/s/ Mark S Devan

Mark S Devan
Bar Number 07743
Covahey, Boozer, Devan, and Dore, P.A.
Of Counsel to Huesman, Jones, and Miles, LLC
11350 McCormick Road
Executive Plaza III, Suite 200
Hunt Valley, MD 21031
(443) 541-8600
Attorney for Movant

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 22nd day of January, 2013, a copy of the foregoing Objection to Confirmation of Plan has been served upon the following parties in interest, via either electronic mail or first class mail postage prepaid:

Adam Brown Ross
The Law Offices of Richard B. Rosenblatt
30 Courthouse Square
Suite 302
Rockville, MD 20850
rbrbankruptcy@gmail.com

Nancy Spencer Grigsby
4201 Mitchellville Road
Suite 401
Bowie, MD 20716
grigsbyecf@ch13md.com

/s/ Mark S Devan

Mark S Devan
bankruptcy@mdmtglaw.com